IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | )Chapter 13 |
| | ) |
| **Joseph Dolinar, III** | )Case No.: 22-20586 CMB |
|     Debtor(s) | ) |
| | )Doc No:17, 18 and 19 |
| **Joseph Dolinar, III** | ) |
|     Movant | )Filed under Section |
| | )362 (c)(3) of the Bankruptcy |
|     vs | )Code |
| | ) |
| **Bayview Loan Servicing** | ) |
| **Internal Revenue Service** | ) |
| **Municipality of Bethal Park** | ) |
| **One Main** | ) |
| **Peoples** | ) |
| **Portfolio Recovery** | ) |
| **Sternrecsvcs** | ) |
| **Tek-Collect Inc** | ) |
| **Verizon** | ) |
| | ) |
| **Respondents** | ) |
| | ) |
|     And | ) |
| | ) |
| **RONDA J. WINNECOUR ESQUIRE** | ) |
| **CHAPTER 13 TRUSTEE** | ) |
| **Additional Respondent** | ) |

## CERTIFICATE OF SERVICE

I, Sean Logue, the Undersigned of the law firm of Sean Logue and Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the above-referenced Motion to extend Automatic Stay, with attached proposed order of court and the Notice of Hearing filed herewith upon the below via Email and Telephone.

UPMC PHYSICIAN SERVICES: dcmbankruptcy@dcmservices.com,
Peoples National Gas Company: jhunt@grblaw.com,
Ronda Winnecour Chapter 13 Trustee : rwinnecour@chapter13trusteewdpa.com,

Portfolio Recovery: Bankruptcy_Info@portfoliorecovery.com,
Bayview fka: Community Loan Servicing: bkgroup@kmllawgroup.com
One Main Finance: kelly.ogburn@omf.com

Via Fax:
Stern Recovery Services: Fax: 336.379.7381
Tek-Collect: **866-212-3019**
**Verizon:** 800-345-6720

Notice Via Telephone:
Via Telephone:
Internal Revenue Service: Attorney Bradford Berncic 412-404-9799

| | |
|---|---|
| **EXECUTED ON** April 27, 2022 | By /s/ Sean Logue |
| | Sean Logue & Assoc. |
| | PA#208221 |
| | 101 W. Main Street #301 |
| | Carnegie, PA 15106 |
| | 412-389-0805 |
| | Fax : 412-253-6520 |
| | Email: sean@seanloguelaw.com |