# PROCEEDING MEMO

**Date: 04/28/2022 10:30 am**

**In re:  Joseph Dolinar, III**

    Bankruptcy No. 22-20586-CMB
    Chapter: 13
    Doc. # 17

**Appearances:**  BY ZOOM:  Sean Logue;  Joseph Dolinar, III - DEBTOR

**Nature of Proceeding:** #17 EXPEDITED Motion To Extend The Automatic Stay Under Section 362(c)(3) of The Bankruptcy Code

**Additional Pleadings:** #18 Request for Expedited Hearing
    #19 Order Signed 04/27/2022 Scheduling Emergency Hearing
    #20 Certificate of Service of Docket Nos. 17, 18 and 19

**Judge's Notes:**

**Outcome:**  Hearing Held.  Order Entered With Negative Notice Language.  Attorney Logue to serve all creditors and parties in Interest with Order.  If this case does not go smoothly, the Court will consider Dismissing this Case, With Prejudice.

    Carlota Böhm
    Chief U.S. Bankruptcy Judge

    FILED
    4/28/22 11:10 am
    CLERK
    U.S. BANKRUPTCY
    COURT - WDPA