## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | )Chapter 13 |
| | ) |
| **Joseph Dolinar, III** | )Case No.: 22-20586 CMB |
| Debtor(s) | ) |
| | )Doc No: 24 |
| **Joseph Dolinar, III** | ) |
| Movant | )Filed under Section |
| | )362 (c)(3) of the Bankruptcy |
| vs | )Code |
| | ) |
| **Community fkaBayview** | ) |
| **Loan Servicing** | ) |
| **UPMC Physician Serv.** | ) |
| **Internal Revenue Service** | ) |
| **Municipality of Bethal Park** | ) |
| **One Main** | ) |
| **Peoples** | ) |
| **Portfolio Recovery** | ) |
| **Sternrecsvcs** | ) |
| **Tek-Collect Inc** | ) |
| **Verizon** | ) |
| **Respondents** | ) |
| And | ) |
| | ) |
| **RONDA J. WINNECOUR ESQUIRE** | ) |
| **CHAPTER 13 TRUSTEE** | ) |
| **Additional Respondent** | ) |

## CERTIFICATE OF SERVICE

I, Sean Logue, the Undersigned of the law firm of Sean Logue and Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the above-referenced Order Granting Motion to extend Automatic Stay filed herewith upon the attached Matrix via United States First Class Mail.

**EXECUTED ON** April 29, 2022    By /s/ Sean Logue
Sean Logue & Assoc.
PA#208221
27 W. Main Street

Carnegie, PA 15106
412-389-0805
Fax : 412-253-6520
Email: sean@seanloguelaw.com

**MATRIX**

**Joseph Dolinar, III**
**102 Stuart Street**
**Bethel Park, PA 15102**

**Bayview Loan Servicing**
**4425 Ponce Leon Blvd.**
**Miami, Florida 33146**

**Internal Revenue Service**
**Stop 81**
**Po Box 12866**
**Fresno, CA 93779**

**Municipality of Bethal Park**
**C/O Joseph W. Grame, Esq**
**PO Box 200**
**Bethel Park, PA 15102**

**Onemain**
**PO Box 1010**
**Evansville, IN 47706**

**Peoples**
**PO Box 644760**
**Pittsburgh, PA 15264**

**Portfolio Recovery**
**120 Corporate Blvd**
**Suite 100**
**Norfolk,VA 23502**

**Sternrecsvcs**
**1102 Grecade Street**
**Greensboro, NC 27408**

**Tek-Collect, Inc**
**PO Box 1269**
**Columbus, OH 43216**

**Verizon**
**500 Technology Drive**
**Saint Charles, MO 63304**

**Verizon**
**C/O Diversified Consultants,**
**Inc Dept 603**
**PO Box 4115**
**Concord, CA**

**Ronda J. Winnecour**
**Chapter 13 Trustee**
**Suite 3250, USX Tower**
**600 Grant Street Pittsburgh,**
**PA 15219**

**UPMC Physician Services**
**PO Box 1123**
**Minneapolis, MN 55440**