IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JOSEPH DOLINAR, III, | : | Bankruptcy No. 22-20586-CMB |
| | : | |
| Debtor. | : | |
| | : | Chapter 13 |
| JOSEPH DOLINAR, III, | : | |
| | : | |
| Movant, | : | |
| v. | : | Related to Doc. Nos. 17 & 18 |
| | : | |
| BAYVIEW LOAN SERVICING | : | |
| INTERNAL REVENUE SERVICE | : | |
| MUNICIPALITY OF BETHAL PARK | : | |
| ONE MAIN | : | |
| PEOPLES | : | |
| PORTFOLIO RECOVERY | : | |
| STERNRECSVCS | : | |
| TEK-COLLECT INC. | : | |
| VERIZON | : | |
| | : | |
| Respondents, | : | |
| | : | |
| And | : | |
| | : | |
| RONDA J. WINNECOUR ESQUIRE | : | |
| CHAPTER 13 TRUSTEE, | : | |
| | : | |
| Additional Respondent. | : | |

### NOTICE AND ORDER SETTING EMERGENCY HEARING

**AND NOW**, this **27th** day of **April, 2022, NOTICE IS HEREBY GIVEN THAT** an *Expedited Motion to Extend the Automatic Stay Under Section 362(c)(3) of the Bankruptcy Code* ("Motion," Doc. No. 17) has been filed in the above-referenced case by the Debtor.

On **April 28, 2022** an **EMERGENCY HEARING** has been scheduled for **10:30 A.M.** via the Zoom Video Conference Application ("Zoom"). To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW

AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at
https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf

      At the April 28th Emergency Hearing, the Court will consider any responses to the Motion filed as of the time of the hearing; however, due to the emergency nature of the hearing and the inability to provide adequate notice, further opportunity for objections and a hearing with respect thereto will be provided.

      Movant shall serve a copy of this completed Scheduling Order and the Motion by (1) facsimile **or** (2) email (separate from CM/ECF). In the alternative, service may be made by hand delivery. Movant shall immediately file a certificate of service indicating such service.

_Carlota M. Böhm_ glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
4/27/22 11:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                        Case No. 22-20586-CMB
Joseph Dolinar, III                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                      User: auto                      Page 1 of 2
Date Rcvd: Apr 27, 2022            Form ID: pdf900            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph Dolinar, III, 102 Stuart Street, Bethel Park, PA 15102-3004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022                   Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sean Logue | on behalf of Debtor Joseph Dolinar III pittbankruptcy@gmail.com, lesliebrown.paralegal@gmail.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Apr 27, 2022 Form ID: pdf900 Total Noticed: 1
TOTAL: 6