# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | )Chapter 13 |
| | ) |
| **Joseph Dolinar, III** | )Case No.: 22-20586 CMB |
| Debtor(s) | ) |
| | )Related to: Document No. 17 |
| **Joseph Dolinar, III** | ) |
| Movant | ) |
| | ) |
| vs | ) |
| | ) |
| **Bayview Loan Servicing** | ) |
| **Internal Revenue Service** | ) |
| **Municipality of Bethal Park** | ) |
| **One Main** | ) |
| **Peoples** | ) |
| **Portfolio Recovery** | ) |
| **Sternrecsvcs** | ) |
| **Tek-Collect Inc** | ) |
| **Verizon** | ) |
| Respondents | ) |
| | ) |
| And | ) |
| | ) |
| **RONDA J. WINNECOUR ESQUIRE** | ) |
| **CHAPTER 13 TRUSTEE** | ) |
| Additional Respondent | ) |

---

## ORDER

**AND NOW**, on this ___28th___ day of ___April___, 2022, upon consideration of the within Motion, it is hereby ORDERED, AJUDGED and DECREED that the Automatic Stay of 11 U.S.C. 362(a) is hereby extended to all names respondents for the duration of the Chapter 13 proceeding or until such times as the Stay is terminated under 11 U.S.C. 362(c )(1) or (c)(2), or a Motion for Relief is granted under 362(d), or until further order of the Court.

FILED
4/28/22 11:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT

*Carlota M. Böhm*   glb

Carlota M. Böhm
Chief United States Bankruptcy Judge

Any party-in-interest may file a written objection(s) to the entry of this order on or before May 12, 2022. If any objection(s) is filed on or before May 12, 2022, a hearing will be set.

If no objection(s) is filed on or before May 12, 2022, the order shall become final effective May 13, 2022. Movant shall serve a copy of the within order on all parties-in-interest and the mailing matrix and file a Certificate of Service with the Court.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20586-CMB |
| Joseph Dolinar, III | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 28, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joseph Dolinar, III, 102 Stuart Street, Bethel Park, PA 15102-3004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sean Logue | on behalf of Debtor Joseph Dolinar III pittbankruptcy@gmail.com, lesliebrown.paralegal@gmail.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Apr 28, 2022 Form ID: pdf900 Total Noticed: 1
TOTAL: 6