Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716, 479-273-4000

**Pay Period: 01/01/2022 - 01/14/2022**



| | | Deposit Date: 01-20-2022 |
|---|---|---|
| | | Advice # 591437193 |
| **PAID TO** | | |
| **MILA B DOLINAR** | | **$819.01** |

| | | | | |
|---|---|---|---|---|
| 102 STUART ST | EFS NATIONAL BANK | CHECK DEPOSIT | xxxxxxx4883 | 519.01 |
| BETHEL PARK, PA 15102 | WoodForest National Bank | CHECK2 DEPOSIT | xxxxxxx1973 | 300.00 |

THIS IS NOT A REAL CHECK

### CURRENT PTO OVERVIEW

- Netpay
- Deductions
- Taxes

01/01 - 01/14

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 35.60 |
| PROTECTED PTO | 1.25 |

| PAY CATEGORY | |
|---|---|
| Pay Category | Hourly |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 58.05 | $15.0000 | $870.75 | $2,070.75 |
| OVERTIME EARN | | | $0.00 | $56.93 |
| REPORTING PAY | 8.00 | $15.0000 | $120.00 | $120.00 |
| WRKDHRS | 58.05 | | | |
| **Total** | | | **$990.75** | **$2,247.68** |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| PA LST | $2.00 | $4.00 |
| **Total** | **$2.00** | **$4.00** |

### FEDERAL TAX WITHHOLDING

| | |
|---|---|
| Tax Method | Married |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $49.07 | $124.76 |
| SOCIAL SECURITY | $61.43 | $139.36 |
| MEDICARE | $14.36 | $32.59 |
| PENNSYLVANIA | $30.42 | $69.01 |
| PA LOCAL TAX | $13.87 | $31.47 |
| SUI | $0.59 | $1.34 |
| **Total** | **$169.74** | **$398.53** |

### STATE TAX WITHHOLDING

| | |
|---|---|
| Tax Method | Married |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | **$819.01** | **$1,845.15** |

All Material Walmart Confidential. © 2022

Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716, 479-273-4000

**Pay Period: 01/15/2022 - 01/28/2022**

Deposit Date: 02/03/2022
Advice # 592996449

PAID TO

**MILA B DOLINAR** $753.29

| | | | |
|---|---|---|---|
| 102 STUART ST | EFS NATIONAL BANK | CHECK DEPOSIT | xxxxxx4883 | $653.29 |
| BETHEL PARK, PA 15102 | WoodForest National Bank | CHECK2 DEPOSIT | xxxxxx1973 | $100.00 |

THIS IS NOT A REAL CHECK.

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 52.42 | $15.0000 | $786.30 | $2,857.05 |
| OVERTIME EARN | | | $0.00 | $56.93 |
| REPORTING PAY | | | $0.00 | $120.00 |
| PTO PAY | 8.00 | $15.0000 | $120.00 | $120.00 |
| WRKDHRS | 52.42 | | | |
| Total | | | $906.30 | $3,153.98 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| PA LST | $2.00 | $6.00 |
| Total | $2.00 | $6.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $40.63 | $165.39 |
| SOCIAL SECURITY | $56.19 | $195.55 |
| MEDICARE | $13.14 | $45.73 |
| PENNSYLVANIA | $27.82 | $96.83 |
| PA LOCAL TAX | $12.69 | $44.16 |
| SUI | $0.54 | $1.88 |
| Total | $151.01 | $549.54 |

CHECK STUB OVERVIEW

Netpay
Deductions
Taxes

01/15 - 01/28

| | HRS |
|---|---|
| PTO AVAILABLE | 31.08 |
| PROTECTED PTO | 1.25 |

| | |
|---|---|
| Pay Category | Hourly |

FEDERAL WITHHOLDING

| | |
|---|---|
| Tax Method | Married |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

STATE WITHHOLDING

| | |
|---|---|
| Tax Method | Married |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $753.29 | $2,598.44 |

All Material Walmart Confidential & 2011

Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716, 479-273-4000

**Pay Period: 01/29/2022 - 02/11/2022**



Deposit Date: 02 17 2022
Advice # 594568041

PAID TO

**MILA B DOLINAR**

$942.85

| | | | | |
|---|---|---|---|---|
| 102 STUART ST | EFS NATIONAL BANK | CHECK DEPOSIT | xxxxxx1883 | $842.85 |
| BETHEL PARK, PA 15102 | WoodForest National Bank | CHECK2 DEPOSIT | xxxxxx1973 | $100.00 |

THIS IS NOT A REAL CHECK

CURRENT PAY OVERVIEW

Netpay
Deductions
Taxes

01/29 - 02/11

PTO

PTO AVAILABLE     33.96
PROTECTED PTO     3.24

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 76.66 | $15.0000 | $1,149.90 | $4,006.95 |
| OVERTIME EARN | | | $0.00 | $56.93 |
| REPORTING PAY | | | $0.00 | $120.00 |
| PTO PAY | | | $0.00 | $120.00 |
| WRKDHRS | 76.66 | | | |
| Total | | | $1,149.90 | $4,303.88 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| PA LST | $2.00 | $8.00 |
| Total | $2.00 | $8.00 |

CATEGORY

| Pay Category | Hourly |
|---|---|

FEDERAL WITHHOLDING

| Tax Method | Married |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $64.99 | $230.38 |
| SOCIAL SECURITY | $71.29 | $266.84 |
| MEDICARE | $16.68 | $62.41 |
| PENNSYLVANIA | $35.30 | $132.13 |
| PA LOCAL TAX | $16.10 | $60.26 |
| SUI | $0.69 | $2.57 |
| Total | $205.05 | $754.59 |

STATE WITHHOLDING

| Tax Method | Married |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $942.85 | $3,541.29 |

All Material Walmart Confidential ® 2022

1/1

Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716, ☎ 479-273-4000

**Pay Period: 02/12/2022 - 02/25/2022**



Deposit Date: 03/03/2022
Advice # 596142026

PAID TO

## MILA B DOLINAR                                    $1,069.89

102 STUART ST             EFS NATIONAL BANK       CHECK DEPOSIT      xxxxxxx4883      $969.89
BETHEL PARK, PA 15102     WoodForest National     CHECK2 DEPOSIT     @ xxxxxx1973     $100.00
                          Bank

THIS IS NOT A REAL CHECK

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 80.00 | $15.3000 | $1,224.00 | $5,230.95 |
| OVERTIME EARN | 3.91 | $22.9500 | $89.73 | $146.66 |
| REPORTING PAY | | | $0.00 | $120.00 |
| PTO PAY | | | $0.00 | $120.00 |
| WRKDHRS | 83.91 | | | |
| Total | | | $1,313.73 | $5,617.61 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $81.83 | $312.21 |
| SOCIAL SECURITY | $81.45 | $348.29 |
| MEDICARE | $19.05 | $81.46 |
| PENNSYLVANIA | $40.33 | $172.46 |
| PA LOCAL TAX | $18.39 | $78.65 |
| SUI | $0.79 | $3.36 |
| Total | $241.84 | $996.43 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| PA LST | $2.00 | $10.00 |
| Total | $2.00 | $10.00 |

Netpay
Deductions
Taxes

02/12 - 02/25

| | HRS |
|---|---|
| PTO AVAILABLE | 36.66 |
| PROTECTED PTO | 6.04 |

Pay Category          Hourly

FEDERAL WITHHOLDING

| Tax Method | Married |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

STATE WITHHOLDING

| Tax Method | Married |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $1,069.89 | $4,611.18 |

All Material Walmart Confidential. © 2022

Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716 · 479-273-4000

**Pay Period: 02/26/2022 - 03/11/2022**



Deposit Date: 03-17-2022
Advice # 597725271

**PAID TO**

**MILA B DOLINAR**                                    **$844.44**

| 102 STUART ST | EFS NATIONAL BANK | CHECK DEPOSIT | xxxxxxx4883 | $144.44 |
| BETHEL PARK, PA 15102 | WoodForest National Bank | CHECK2 DEPOSIT | xxxxxxx1973 | $700.00 |

THIS IS NOT A REAL CHECK

**PAY SUMMARY OVERVIEW**

- Netpay
- Deductions
- Taxes

02/26 - 03/11

| PTO AVAILABLE | 38.81 |
| PROTECTED PTO | 8.27 |

| Pay Category | Hourly |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 66.89 | $15.3000 | $1,023.42 | $6,254.37 |
| OVERTIME EARN | | | $0.00 | $146.66 |
| REPORTING PAY | | | $0.00 | $120.00 |
| PTO PAY | | | $0.00 | $120.00 |
| WRKDHRS | 66.89 | | | |
| Total | | | $1,023.42 | $6,641.03 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| PA LST | $2.00 | $12.00 |
| Total | $2.00 | $12.00 |

**FEDERAL WITHHOLDING**

| Tax Method | Married |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $52.34 | $364.55 |
| SOCIAL SECURITY | $63.45 | $411.74 |
| MEDICARE | $14.83 | $96.29 |
| PENNSYLVANIA | $31.42 | $203.88 |
| PA LOCAL TAX | $14.33 | $92.98 |
| SUI | $0.61 | $3.97 |
| Total | $176.98 | $1,173.41 |

**STATE WITHHOLDING**

| Tax Method | Married |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

|  | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $844.44 | $5,455.62 |

All Material Walmart Confidential © 2022

1/1

Statement of Earnings and Deductions.

Wal-Mart Associates, Inc. 702 SW 8th St., Bentonville, Arkansas 72716   479-273-0000

**Pay Period: 03/12/2022 - 03/25/2022**



| | | | | Deposit Date: 03-31-2022 |
|---|---|---|---|---|
| | | | | Advice # 599296729 |

**PAID TO**

**MILA B DOLINAR**                                        $1,043.67

| 102 STUART ST | EFS NATIONAL BANK | CHECK DEPOSIT | xxxxxxx4883 | $943.67 |
|---|---|---|---|---|
| BETHEL PARK, PA 15102 | WoodForest National Bank | CHECK2 DEPOSIT | xxxxxxx1973 | $100.00 |

THIS IS NOT A REAL CHECK

03/12 - 03/25

- Netpay
- Deductions
- Taxes

| | HRS |
|---|---|
| PTO AVAILABLE | 41.47 |
| PRO TPTOUSEDYTD | 8.00 |
| PROTECTED PTO | 3.04 |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 73.36 | $15.3000 | $1,122.41 | $7,376.78 |
| OVERTIME EARN | 1.51 | $22.9500 | $34.65 | $181.31 |
| REPORTING PAY | | | $0.00 | $120.00 |
| PROT PTO USED | 8.00 | $15.3000 | $122.40 | $122.40 |
| PTO PAY | | | $0.00 | $120.00 |
| WRKDHRS | 74.87 | | | |
| **Total** | | | **$1,279.46** | **$7,920.49** |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| PA LST | $2.00 | $14.00 |
| Total | $2.00 | $14.00 |

| Pay Category | Hourly |
|---|---|

**FEDERAL TAX WITHHOLDING**

| Tax Method | Married |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $77.94 | $442.49 |
| SOCIAL SECURITY | $79.33 | $491.07 |
| MEDICARE | $18.56 | $114.85 |
| PENNSYLVANIA | $39.28 | $243.16 |
| PA LOCAL TAX | $17.91 | $110.89 |
| SUI | $0.77 | $4.74 |
| **Total** | **$233.79** | **$1,407.20** |

**STATE TAX WITHHOLDING**

| Tax Method | Married |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $1,043.67 | $6,499.29 |

All Material Walmart Confidential. © 2022



Statement of Earnings and Deductions

Wal-Mart Associates, Inc., 702 SW. 8th St., Bentonville, Arkansas 72716, 479-273-4000

**Pay Period: 03/26/2022 - 04/08/2022**

Deposit Date: 04-14-2022
Advice # 600849264

PAID TO

**MILA B DOLINAR**

**$957.42**

102 STUART ST                    EFS NATIONAL BANK      CHECK DEPOSIT      xxxxxx4883      $75.42
BETHEL PARK, PA 15102            WoodForest National    CHECK2 DEPOSIT     xxxxxx1973      $759.00
                                 Bank

THIS IS NOT A REAL CHECK

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 71.80 | $15.3000 | $1,098.54 | $8,475.32 |
| OVERTIME EARN | 1.72 | $22.9500 | $39.47 | $220.78 |
| REPORTING PAY | | | $0.00 | $120.00 |
| PROT PTO USED | 2.00 | $15.3000 | $30.60 | $153.00 |
| PTO PAY | | | $0.00 | $120.00 |
| WRKDHRS | 73.52 | | | |
| Total | | | $1,168.61 | $9,089.10 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| PA LST | $2.00 | $16.00 |
| Total | $2.00 | $16.00 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $66.86 | $509.35 |
| SOCIAL SECURITY | $72.45 | $563.52 |
| MEDICARE | $16.94 | $131.79 |
| PENNSYLVANIA | $35.88 | $279.04 |
| PA LOCAL TAX | $16.36 | $127.25 |
| SUI | $0.70 | $5.44 |
| Total | $209.19 | $1,616.39 |

CURRENT PAY OVERVIEW

Netpay
Deductions
Taxes

**03/26 - 04/08**

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 43.87 |
| PROTPTOUSEDYTD | 10.00 |
| PROTECTED PTO | 3.54 |

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

FEDERAL WITHHOLDING

| Tax Method | Married |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

STATE WITHHOLDING

| Tax Method | Married |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **NET PAY** | $957.42 | $7,456.71 |

All Material Walmart Confidential © 2022

1/1

Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716 (479) 721-0504

**Pay Period: 04/09/2022 - 04/22/2022**



| | | | | Deposit Date: 04-28-2022 |
|---|---|---|---|---|
| | | | | Advice # 602396508 |
| **PAID TO** | | | | |
| **MILA B DOLINAR** | | | | **$937.41** |
| 102 STUART ST | EFS NATIONAL BANK | CHECK DEPOSIT | xxxxxxx4883 | $37.41 |
| BETHEL PARK, PA 15102 | WoodForest National Bank | CHECK2 DEPOSIT | xxxxxxx1973 | $900.00 |
| THIS IS NOT A REAL CHECK | | | | |

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 65.45 | $15.3000 | $1,001.39 | $9,476.71 |
| OVERTIME EARN | | | $0.00 | $220.78 |
| REPORTING PAY | | | $0.00 | $120.00 |
| PROT PTO USED | 1.25 | $15.3000 | $19.12 | $172.12 |
| PTO PAY | 8.00 | $15.3000 | $122.40 | $242.40 |
| WRKDHRS | 65.45 | | | |
| **Total** | | | **$1,142.91** | **$10,232.01** |

| DEDUCTIONS | | CURRENT | YEAR TO DATE |
|---|---|---|---|
| PA LST | | $2.00 | $18.00 |
| **Total** | | **$2.00** | **$18.00** |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $64.29 | $573.64 |
| SOCIAL SECURITY | $70.86 | $634.38 |
| MEDICARE | $16.57 | $148.36 |
| PENNSYLVANIA | $35.09 | $314.13 |
| PA LOCAL TAX | $16.00 | $143.25 |
| SUI | $0.69 | $6.13 |
| **Total** | **$203.50** | **$1,819.89** |

| | PTO AVAILABLE | 38.27 |
|---|---|---|
| | PROTPTOUSEDYTD | 11.25 |
| | PROTECTED PTO | 4.78 |

| Pay Category | Hourly |
|---|---|

**FEDERAL TAX WITHHOLDING**

| Tax Method | Married |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

**STATE TAX WITHHOLDING**

| Tax Method | Married |
|---|---|
| Exemptions | 0 |
| Additional Withholding | $0.00 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $937.41 | $8,394.12 |

All Material Walmart Confidential © 2022

RAD AUTO
1621 Saw Mill Run Blvd,
Pittsburgh, Pennsylvania 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 6506 | 03/07/2022 - 03/13/2022 | 03/11/2022 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 13.85 | 40 | 553.85 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $4,984.85 | $0.00 | $4,984.85 | $553.85 | $0.00 | $553.85 |

RAD AUTO
1621 Saw Mill Run Blvd,
Pittsburgh, PA 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 1287 | 03/14/2022 - 03/20/2022 | 03/19/2022 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 13.85 | 40 | 553.85 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $5,538.85 | $0.00 | $5,538.85 | $553.85 | $0.00 | $553.85 |

RAD AUTO
1621 Saw Mill Run Blvd,
Pittsburgh, PA 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 1354 | 03/21/2022 - 03/27/2022 | 03/25/2022 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 13.85 | 40 | 553.85 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $6,092.85 | $0.00 | $6,092.85 | $553.85 | $0.00 | $553.85 |

RAD AUTO
1621 Saw Mill Run Blvd,
Pittsburgh, PA 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 2309 | 03/28/2022 - 04/03/2022 | 04/01/2022 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 13.85 | 40 | 553.85 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $6,646.85 | $0.00 | $6,646.85 | $553.85 | $0.00 | $553.85 |

RAD AUTO
1621 Saw Mill Run Blvd,
Pittsburgh, PA 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 3089 | 04/04/2022 - 04/10/2022 | 04/08/2022 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 15.00 | 40 | 600.00 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $7,800.00 | $0.00 | $7,800.00 | $600.00 | $0.00 | $600.00 |

**RAD AUTO**
1621 Saw Mill Run Blvd,
Pittsburgh, Pennsylvania 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 4031 | 04/11/2022 - 04/17/2022 | 04/16/2022 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 15.00 | 40 | 600.00 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $8,400.00 | $0.00 | $8,400.00 | $600.00 | $0.00 | $600.00 |

RAD AUTO
1621 Saw Mill Run Blvd,
Pittsburgh, Pennsylvania 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 6987 | 04/18/2022 - 04/24/2022 | 04/22/2022 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 15.00 | 40 | 600.00 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $9,000.00 | $0.00 | $9,000.00 | $600.00 | $0.00 | $600.00 |

RAD AUTO
1621 Saw Mill Run Blvd,
Pittsburgh, Pennsylvania 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 5525 | 04/25/2022 - 05/01/2022 | 04/29/2022 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 15.00 | 40 | 600.00 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $9,600.00 | $0.00 | $9,600.00 | $600.00 | $0.00 | $600.00 |

RAD AUTO
1621 Saw Mill Run Blvd,
Pittsburgh, Pennsylvania 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 6506 | 03/07/2022 - 03/13/2022 | 03/11/2022 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 13.85 | 40 | 553.85 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $4,984.85 | $0.00 | $4,984.85 | $553.85 | $0.00 | $553.85 |

RAD AUTO
1621 Saw Mill Run Blvd,
Pittsburgh, PA 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 5124 | 02/28/2022 - 03/06/2022 | 03/04/2022 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 13.85 | 40 | 553.85 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $4,431.39 | $0.00 | $4,431.39 | $553.85 | $0.00 | $553.85 |

RAD AUTO
1621 Saw Mill Run Blvd,
Pittsburgh, PA 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 5071 | 02/21/2022 - 02/27/2022 | 02/25/2022 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 13.85 | 40 | 553.85 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $3,877.54 | $0.00 | $3,877.54 | $553.85 | $0.00 | $553.85 |

**RAD AUTO**
1621 Saw Mill Run Blvd,
Pittsburgh, PA 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 4973 | 02/14/2022 - 02/20/2022 | 02/18/2022 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 13.85 | 40 | 553.85 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $3,323.70 | $0.00 | $3,323.70 | $553.85 | $0.00 | $553.85 |

RAD AUTO
1621 Saw Mill Run Blvd,
Pittsburgh, PA 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 4919 | 02/07/2022 - 02/13/2022 | 02/11/2022 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 13.85 | 40 | 553.85 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $2,769.85 | $0.00 | $2,769.85 | $553.85 | $0.00 | $553.85 |

**RAD AUTO**
1621 Saw Mill Run Blvd,
Pittsburgh, Pennsylvania 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 7863 | 01/31/2022 - 02/06/2022 | 02/04/2022 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 13.85 | 40 | 553.85 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $2,216.00 | $0.00 | $2,216.00 | $553.85 | $0.00 | $553.85 |

**RAD AUTO**
1621 Saw Mill Run Blvd,
Pittsburgh, Pennsylvania 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 7755 | 01/24/2022 - 01/30/2022 | 01/28/2022 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 13.85 | 40 | 553.85 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $1,662.15 | $0.00 | $1,662.15 | $553.85 | $0.00 | $553.85 |

RAD AUTO
1621 Saw Mill Run Blvd,
Pittsburgh, Pennsylvania 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 7739 | 01/17/2022 - 01/23/2022 | 01/21/2022 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 13.85 | 40 | 553.85 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $1,108.03 | $0.00 | $1,108.03 | $553.85 | $0.00 | $553.85 |

RAD AUTO
1621 Saw Mill Run Blvd,
Pittsburgh, Pennsylvania 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 7729 | 01/10/2022 - 01/16/2022 | 01/14/2022 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 13.85 | 40 | 553.85 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $1,108.03 | $0.00 | $1,108.03 | $553.85 | $0.00 | $553.85 |

**RAD AUTO**
1621 Saw Mill Run Blvd,
Pittsburgh, Pennsylvania 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 7710 | 01/03/2022 - 01/09/2022 | 01/07/2022 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 13.85 | 40 | 553.85 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $554.18 | $0.00 | $554.18 | $553.85 | $0.00 | $553.85 |

RAD AUTO
1621 Saw Mill Run Blvd,
Pittsburgh, Pennsylvania 15210

**Earnings Statement**

| Employee Name | Social Sec. ID | Employee ID | Check No. | Pay Record | Pay Date |
|---|---|---|---|---|---|
| Joseph Dolinar | XXX-XX-1508 | | 5308 | 12/27/2021 - 01/02/2022 | 12/31/2021 |

| Earnings | Rate | Hours | Current | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|
| Regular Income | 13.85 | 40 | 553.85 | | | |

| YTD Gross | YTD Deductions | YTD Net Pay | Current Total | Current Deductions | Net Pay |
|---|---|---|---|---|---|
| $28,246.85 | $0.00 | $28,246.85 | $553.85 | $0.00 | $553.85 |