Form RSC13

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 22−20586−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Joseph Dolinar III
   102 Stuart Street
   Bethel Park, PA 15102

Social Security No.:
   xxx−xx−1508

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Sean Logue<br>Sean Logue & Assoc<br>27 West Main Street<br>Carnegie, PA 15106<br>Telephone number: 412−389−0805 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>July 18, 2022<br>11:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com | CONFIRMATION HEARING DATE/TIME/LOC<br>July 18, 2022<br>11:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 6/21/22

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-20586-CMB
Joseph Dolinar, III     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Jun 21, 2022     Form ID: rsc13     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Dolinar, III, 102 Stuart Street, Bethel Park, PA 15102-3004 |
| 15467966 | + | KML Law Group, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15467967 | + | Municipality of Bethal Park, C/O Joseph W. Grame Esq, PO Box 200, Bethel Park, PA 15102-0200 |
| 15467969 | + | Peoples, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15467971 | + | Sternrecsvcs, 1102 Grecade Street, Greensboro, NC 27408-8710 |
| 15474040 | | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15472626 | | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15467974 | + | Verizon, C/O Diversified Consultants, Inc, Dept 603, PO Box 4115, Concord, CA 94524-4115 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 22 2022 03:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 22 2022 03:14:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 22 2022 03:13:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15467964 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 22 2022 03:13:00 | Bayview Loan Servicing, 4425 Ponce Leon Blvd, Miami, FL 33146-1839 |
| 15485709 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 22 2022 03:13:00 | Community Loan Servicing, LLC f/k/a Bayview Loan S, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 15487644 | + | Email/Text: jdryer@bernsteinlaw.com | Jun 22 2022 03:13:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15467965 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 22 2022 03:13:00 | Internal Revenue Service, Stop 81, P.O. Box 12866, Fresno, CA 93779 |
| 15467968 | + | Email/PDF: cbp@onemainfinancial.com | Jun 22 2022 03:11:48 | Onemain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15467970 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 22 2022 03:11:34 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15474465 | + | Email/Text: ebnpeoples@grblaw.com | Jun 22 2022 03:13:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15467972 | + | Email/Text: Bankruptcy@TekCollect.com | | |

|  |  |  | Jun 22 2022 03:13:00 | Tek-Collect Inc, PO Box 1269, Columbus, OH 43216-1269 |
| --- | --- | --- | --- | --- |
| 15474040 | ^ | MEBN |  |  |
|  |  |  | Jun 22 2022 03:10:09 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15472626 | ^ | MEBN |  |  |
|  |  |  | Jun 22 2022 03:09:43 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15467973 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com |  |  |
|  |  |  | Jun 22 2022 03:13:00 | Verizon, 500 Technology Drive, Saint Charles, MO 63304-2225 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | Community Loan Servicing, LLC, a Delaware Limited |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sean Logue | on behalf of Debtor Joseph Dolinar III pittbankruptcy@gmail.com, lesliebrown.paralegal@gmail.com |

TOTAL: 6