FILED
3/9/2026  11:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Joseph Dolinar, III                          :        Bankruptcy No. 2220586
                                                     :        Chapter
                                    Debtor           :
                                                     :
                                                     :        Document No.
Movant  Municipality of Bethel Park                  :
                                                     :
                v.                                   :
                                                     :
                                                     :
Respondent (if none, then "No Respondent")           :

## NOTICE OF CHANGE OF ADDRESS

Municipality of Bethel Park c/o Jordan Tax Svc, 102 Rahway Road, McMurray, PA 15317

Undeliverable Address:

    Creditor Name:    Municipality of Bethel Park c/o Jordan Tax Svc

    Incorrect Address: 102 Rahway Road, McMurray, PA 15317

Corrected Address:    Municipality of Bethel Park c/o Keystone Collections Group
P.O. Box 449, Irwin, PA 15642

    Creditor Name:    Municipality of Bethel Park c/o Keystone Collections

    Correct Address:   P.O. Box 449 Irwin, PA 15642

Dated   3/9/2026

Electronic Signature of Debtor(s)' Attorney

/s/Janet Davin

Typed Name
Janet Davin

Address
Municipality of Bethel Park
5100 W. Library Road
Bethel Park, PA 15102

Phone No.
412-831-6800, ext 211

Bar I.D. and State of Admission

**RONDA J. WINNECOUR**
**CHAPTER 13 TRUSTEE**
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

PROTECTED WITH ANTI-COPY
TECHNOLOGY. RUB OR BREATHE ON
BLUE IMAGE DISAPPEARS WITH HEAT

FIFTH THIRD BANK

74-1329
724

**1352964**

**1352964**

DATE: Feb 24, 2026

PAY Exactly One Hundred Twenty Seven And 17 / 100 Dollars

$********127.17

VOID 90 DAYS AFTER DATE

TO
THE
ORDER
OF

MUNICIPALITY OF BETHEL PARK (SWG)
C/O JORDAN TAX SVC - DLNQ CLLCTR
102 RAHWAY RD
MCMURRAY, PA 15317

RONDA J. WINNECOUR

*Ronda J. Winnecour*

CHAPTER 13 TRUSTEE

MP

⑾1352964⑾ ⑆072413298⑆ 7168903271⑾

**RONDA J. WINNECOUR**
**CHAPTER 13 TRUSTEE**

Check #.: **1352964**
Date: Feb 24, 2026
Creditor #: 196419

**1352964**

Payee: MUNICIPALITY OF BETHEL PARK (SWG)

| Case # | Debtor Name(s) | Account # | Claim # | Amount of Payment | Applied to Interest | Principal Balance |
|---|---|---|---|---|---|---|
| 2220586 | JOSEPH DOLINAR, III | 7P80 | 00019 | 35.33 | 9.47 | 1,110.48 |
| | Comment: 317-P-80*CL9GOV*NT/SCH-PL*WNTS | Collateral: 102 STUART ST\|BETHEL PARK PA 15102 | | | | |
| 2421857 | ANDREW J. & KRISTIE L. HOAG | 7G46 | 00005 | 17.38 | 17.38 | 0.00 |
| | Comment: 567G46*CL6GOV*TTL/PL=$818.60@1( | Collateral: 2859 CHERRY ST\|BETHEL PARK PA 151 | | | | |
| 2521661 | BRADLEY J. GOOD | R219 | 00013 | 73.80 | 0.00 | 0.00 |
| | Comment: 477R219*CL7GOV*NT/SCH-PL*WNTS | Collateral: 3370 APPEL RD\|BETHEL PARK PA 15102 | | | | |
| 2521661 | BRADLEY J. GOOD | R219 | 00014 | 0.66 | 0.00 | 0.00 |
| | Comment: 477R219*CL7GOV*NT/SCH-PL*NON% | Collateral: 3370 APPEL RD\|BETHEL PARK PA 15102 | | | | |

| | TOTALS | 127.17 | 26.85 | 1,110.48 |
|---|---|---|---|---|

ENDORSE HERE:

X

☐ CHECK HERE IF MOBILE DEPOSIT
DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

*The security features listed below, as well as those not listed, exceed industry guidelines.*

**Security Features:**
MicroPrint

Security Screen

Padlock Icon

℗ Padlock design is a certification mark of Check Payment Systems Association

**Results of document alteration:**
· Endorsement MicroPrint (MP) Signature Lines - Small type appears as dotted line when photocopied.
· Absence or modification of "Original Document" screen on back of check.
· Absence of padlock Icon.