**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joseph Dolinar III<br>Debtor(s) | |
| Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC<br>Movant<br>v.<br>Joseph Dolinar III<br>Respondent<br>And<br>Mila Dolinar<br>Co-Debtor<br><br>Ronda J. Winnecour, Trustee<br>Additional Respondent | BK. NO. 22-20586 CMB<br><br>CHAPTER 13<br><br>Related to Docket # 73<br><br>**ENTERED BY DEFAULT** |

**ORDER MODIFYING SECTION 362 and 1301 AUTOMATIC STAY**

AND NOW, this 4th day of September, 2026, at Pittsburgh, upon Motion of Nationstar Mortgage LLC, its successors and/or assigns, it is

**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 102 Stuart St, Bethel Park, PA 15102 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Carlota M. Böhm glb
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
9/4/26 11:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-20586-CMB
Joseph Dolinar, III Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Sep 04, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Joseph Dolinar, III, 102 Stuart Street, Bethel Park, PA 15102-3004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company Brent.Lemon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Matthew Fissel | on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage LLC s/b/m Nationstar Mortgage LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

Matthew Fissel
on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Sean Logue
on behalf of Debtor Joseph Dolinar III pittbankruptcy@gmail.com, lesliebrown.paralegal@gmail.com

TOTAL: 9