**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1  Joseph Dolinar III

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number  22-20586 CMB

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC                **Court claim no**. (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 7244

**Date of payment change:**
Must be at least 21 days after date of this notice    03/01/2023

**New total payment:**    $1125.82
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $465.10        New escrow payment: $586.46

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____        New mortgage payment: $_____

Debtor(s)  **Joseph Dolinar**  Case number (*if known*) 22-20586 CMB
  First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Brian C. Nicholas (Atty ID: 317240)                    Date  02/06/2023
  Signature
Print: Brian Nicholas
      06 Feb 2023, 15:03:54, EST

Title  **Attorney for Creditor**

Company  KML Law Group, P.C.

Address  701         Market Street, Suite 5000
         Number    Street
         Philadelphia,                    PA    19106
         City                             State  ZIP Code

Contact phone  (215) 627–1322         Email  bkgroup@kmllawgroup.com

---

Official Form 410S1                **Notice of Mortgage Payment Change**                page 2

Document ID: b84e6650025daa59670e5a12e882d2a75e00e21d17ad5b86933a15da147653dd